CASE No. 32021-422

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 422ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| ERIC LYLE WILLIAMS | § | KAUFMAN COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX 08840896 | § | |

## JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. Michael Snipes | Date Judgment Entered: | 17 December 2014 |
| Attorney for State: | Bill Wirskye Toby Shook | Attorney for Defendant: | Matthew Seymour John Wright Doug Parks |

Offense for which Defendant Convicted:
**Capital Murder**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **Indictment** | **19.03** |

Date of Offense:
**03/30/2013**

| Degree of Offense: | Plea to Offense: |
|---|---|
| **Capital Felony** | **Not Guilty** |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| **Guilty** | **Yes, a Firearm** |

| Plea to 1st Enhancement Paragraph: | Plea to 2nd Enhancement/Habitual Paragraph: |
|---|---|
| Findings on 1st Enhancement Paragraph: | Findings on 2nd Enhancement/Habitual Paragraph: |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| **Jury** | **17 December 2014** | **17 December 2014** |

| Punishment and Place of Confinement: | **Death – Institutional Division, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ n/a | $ 0.00 | $ n/a | ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |

☐ **Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.**

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was N/A .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

Time Credited:

From **04/13/13** to **12/17/14**

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

N/A DAYS        NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Rockwall** County, Texas, the Court having ordered a change of venue. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The Indictment was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

☒ **Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

And on the 17th day of December, 2014 this cause being again called, the State appeared by her Criminal District Attorney Pro Tem in Rockwall County, Texas and the defendant, **ERIC LYLE WILLIAMS**, appeared in person, his counsel also being present, and the same jury being called to assess the punishment, evidence was presented to the same jury in the matter of assessing punishment. The same jury after hearing all the evidence presented by the State and the defendant for purpose of assessing punishment, and having heard argument of counsel, again retired in charge of the proper officer to consider their verdict, and afterward were again brought into court by the proper officer, the defendant and his counsel being present, and in due form of law returned into open court the following verdict, which was received by the Court and is herenow entered upon the minutes of court, to-wit:

**SPECIAL ISSUE NO. 1**

Do you find from the evidence beyond a reasonable doubt that there is a probability that the defendant, **ERIC LYLE WILLIAMS**, would commit criminal acts of violence that would constitute a continuing threat to society?

**ANSWER: YES**

**SPECIAL ISSUE NO. 2**

Do you find from the evidence, taking into consideration all the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, **ERIC LYLE WILLIAMS**, that there is a sufficient mitigating circumstance or circumstances to warrant a sentence of life imprisonment rather than a death sentence be imposed?

**ANSWER: NO**

The Court **Orders** Defendant punished as indicated above. The Court Orders Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division**. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence.

☐ **County Jail—Confinement / Confinement in Lieu of Payment**. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Kaufman County, Texas on the date the sentence is to commence. Defendant shall be confined in the Kaufman County Jail for the period indicated above.

☐ **Fine Only Payment**. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Kaufman County. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court **ORDERS** Defendant's sentence EXECUTED.

☐ The Court **ORDERS** Defendant's sentence of confinement SUSPENDED. The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**IT IS THEREORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED** that the said Defendant, **ERIC LYLE WILLIAMS**, is guilty of the offense of **CAPITAL MURDER** and that the Defendant committed the said offense on the 30th day of March, 2013 and that the punishment of the said Defendant is fixed, as set by law, at **DEATH** and that the State of Texas do have and recover of and from the said Defendant all costs in this proceeding incurred for which let execution issue.

And the Defendant being asked by the Court if sufficient reason existed why the sentence of this Court should not be pronounced, failed to give such reason; whereupon the Court proceeded, in the presence of the said Defendant and his attorney to pronounce sentence as follows:

**WHEREAS**, the Defendant, **ERIC LYLE WILLIAMS**, has been adjudged guilty of the offense of **CAPITAL MURDER** by the jury and the jury having further answered that there is a probability that the defendant, **ERIC LYLE WILLIAMS**, would commit criminal acts of violence that would constitute a continuing threat to society, and the jury having further answered after taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the

defendant, that there is **NO** sufficient mitigating circumstance or circumstances to warrant a sentence of life imprisonment rather than a death sentence be imposed,

IT IS THE ORDER AND SENTENCE OF THIS COURT that you, **ERIC LYLE WILLIAMS**, having been adjudged to be guilty of capital murder and whose punishment has been assessed by the verdict of the jury and the judgment of this Court at Death, shall be remanded to the custody of the Sheriff of Kaufman County and transported to and kept in the custody of the Director of the Institutional Division of the Texas Department of Criminal Justice, until some future date to be determined later, upon which day, at some hour after 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, **IS HEREBY COMMANDED, ORDERED AND DIRECTED** to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause your death and until you are dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas Department of Criminal Justice.

The Clerk of this Court shall issue this Order of Execution and Death Warrant and deliver the same to the Sheriff of Kaufman County, Texas, who is hereby ORDERED, upon receipt, to deliver the same to the Director of the Institutional Division of the Texas Department of Criminal Justice and make due return thereof showing that this Order of Execution and Death Warrant has been served and delivered as directed.

IT IS FINALLY ORDERED that the Director of the Institutional Division of the Texas Department of Criminal Justice shall endorse the Sheriff's return showing receipt of this Order of Execution and Death Warrant.

The Court **Orders** that the Defendant is given credit noted above on this sentence for the time spent incarcerated.

It is further **ORDERED** that the costs to Kaufman County for the payment of this defendant's court-appointed attorney, if any, is taxed against this defendant as court costs. The District Clerk is granted leave to amend the court costs to reflect this amount without the necessity of a further order.

Following the disposition of this cause, the defendant's fingerprints were, in open court, placed upon a Judgment Certificate of Defendant's Prints. Said Certificate is attached hereto and is incorporated by reference as part of this Judgment.

### Furthermore, the following special findings or orders apply:

**Signed this 17th day of December, 2014.**

_____
**Michael Snipes**
JUDGE PRESIDING



 **CASE No. 32021-422**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 422ND JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT |
| | § | |
| ERIC LYLE WILLIAMS | § | KAUFMAN COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX 08840896 | § | |

---

## JUDGMENT  CERTIFICATE OF DEFENDANT'S PRINTS



Defendant's Right Thumb                          Defendant's Hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN OPEN COURT ON THIS THE 17TH DAY OF DECEMBER, 2014.

_____
District Clerk or Deputy

Indicate here if print other than the defendant's right thumb is placed in box:

☐ Left Thumbprint

☐ Left/Right Intex Finger

☐ Other: _____

ED 12-17-14
RONDA HUGHEY, DISTRICT CLERK
KAUFMAN COUNTY, TX
By_____ Deputy

AP-77,053

THE STATE OF TEXAS

VS.

ERIC LYLE WILLIAMS

CAUSE NO. 32021-422

422ND JUDICIAL DISTRICT COURT

KAUFMAN COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
## APPOINTMENT OF ATTORNEY ON APPEAL

The Court finds that the Defendant in the above cause was convicted in this cause for the offense of Capital Murder and was sentenced to death as the result of the jury's answers to special issues in the punishment stage and now gives notice of Appeal to the Texas Court of Criminal Appeals. The Court finds that the Defendant is indigent and too poor to employ counsel to represent him on the appeal, and too poor to pay for and or give security for the Statement of Facts and a true copy thereof herein. The Court orders the Court Reporter to prepare and deliver to appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto pursuant to its rules of appellate procedure.

## ORDER

It is ordered the Honorable John Tatum SBOT# 19672500, 990 South Sherman St, Richardson, Texas 75081, Ph #972-705-9200, a duly licensed and approved attorney to handle death penalty appeals is hereby appointed to represent Defendant in prosecuting his appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

SIGNED this the _23_ day of December, 2014.

_____
JUDGE PRESIDING